# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **TASKEEN ABDUL-AHAD,** *Administrator ad Prosequendum for the Heirs at Law for Decedent Paul O. Braswell, and General Administrator of the Estate of Paul O. Braswell, individually,* and **HORACE BRACEWELL**,<br><br>                  **Plaintiffs,**<br>v.<br><br>**ESSEX COUNTY SHERIFF DEPARTMENT,** *et al.*,<br><br>                  **Defendants.** | Civil Action No. 20-15602 (JMV) (JSA)<br><br><br><br><br><br><br><br>**AMENDED SCHEDULING ORDER** |

**THIS MATTER** having come before the Court for a Telephone Status Conference on August 16, 2023; and the parties having submitted a joint letter regarding the status of discovery in advance of the August 16th Conference (ECF No. 64); and the Court having considered the parties' positions with respect to the status of discovery; and for good cause shown;

**IT IS** on this 16th day of August 2023,

**ORDERED THAT**:

1. Defendant Yunque shall provide responses to Plaintiff's second set of document demands on or before **August 25, 2023**.

2. The parties shall meet and confer to coordinate scheduling fact depositions to take place in September and October 2023.

3. The deadline for the completion of fact discovery is extended through and including **October 30, 2023**. There shall be on further extensions absent extraordinary circumstances. Any unresolved discovery disputes (other than those that arise during depositions) must be brought before the Court **not later than October 2, 2023**. The Court will not entertain applications concerning discovery matters, informally or otherwise, after this date.

4. The deadline for serving all affirmative expert reports is extended through and including **November 13, 2023**. The deadline for serving all responsive expert reports is extended through and including **December 13, 2023**. The deadline for the completion of all expert discovery is extended through and including **January 29, 2024**.

5. There shall be a Telephone Status Conference before the Undersigned on **September 26, 2023, at 12:00 p.m.** The Court will provide the parties with the conference call information in advance. On or before **September 21, 2023**, the parties shall submit a joint letter, setting forth the status of completing fact discovery.

6. All other deadlines and requirements ordered by the Court's prior Scheduling Orders shall remain in effect.

7. **FAILURE TO FOLLOW THIS ORDER WILL RESULT IN SANCTIONS PURSUANT TO Fed. R. Civ. P. 16(f) and 37.**

                                                  s/Jessica S. Allen
                                                  **Hon. Jessica S. Allen**
                                                  **United States Magistrate Judge**

cc: Hon. John M. Vazquez, U.S.D.J.