

Louis N. Rainone
Craig J. Coughlin*
David L. Minchello
Ronald H. Gordon
Carol A. Berlen
John F. Gillick
Brian P. Trelease*
Claudia Marchese
Matthew R. Tavares*
Sapana Shah*∆
Vikrant Advani
Michael R. Burns ✦

Christopher D. Zingaro
Thomas Schoendorf
Nahimot A. Adedimeji*
Corissa L. Sherman
Frank J. Dyevoich*
Lonnie J. Hinton, Jr.,
Brooke D. Wheaton
Harlynne A. Lack*

\* Also admitted in New York
∆ Also admitted in DC
✦ Also admitted in Pennsylvania

ERuane@NJRCMLAW.com

December 1, 2023

**VIA ELECTRONIC FILING**
The Honorable Jessica S. Allen, U.S.D.J.
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street, Room 4015
P.O. Box 419
Newark, New Jersey 07101

      Re:    Taskeen Abdul-Ahad, et als. v. Essex County Sheriff's Department, et als.
              Civil Docket Action No. 2:20-cv-15602 (JMV-JSA)
              Our File No.:  115-0001

Dear Judge Allen:

      This office represents Defendant, County of Essex ("County") in the above-captioned matter. On October 2, 2023, following the telephonic status conference, Your Honor entered an Amended Scheduling Order. Pursuant to the Order fact discovery was to be completed by December 1, 2023. Presently, the parties are still in the process of completing depositions and will require additional time to complete discovery.

      Depositions are scheduled throughout December. All parties consent to the extension. We await Your Honor's approval. Your anticipated cooperation is appreciated.

309909v1

Thank you for your attention to this matter.

Respectfully submitted,

**RAINONE COUGHLIN MINCHELLO, LLC**

By:_____
Edward P. Ruane, Esq.

EPR/mw

cc:  Raymond L. Hamlin, Esq.- (via e-filing)

Nicholas A. Grieco, Esq. - (via e-filing)

Thomas Carter, Esq. - (via e-filing)

*The request is **granted**. The fact discovery deadline is extended through and including 1/10/24 for the limited purpose of completing fact depositions. The 12/14/23 Telephone Status Conference is rescheduled for 1/22/24 at 3:30 p.m. The parties shall submit a joint status letter on or before 1/16/24, confirming fact discovery is complete and advising whether a settlement conference is appropriate.

**SO ORDERED**.

s/Jessica S. Allen
United States Magistrate Judge

Dated: December 4, 2023

309909v1