Brian P. Trelease, Esq. -(ID#021352009)
**RAINONE COUGHLIN MINCHELLO, LLC**
555 U.S. Highway One South, Suite 440
Iselin, New Jersey 08830
Tel.: 732-709-4182
Fax: 732-791-1555
*Attorneys for Defendant, Essex County Sheriff's Office*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| TASKEEN ABDUL-AHAD, ADMINISTRATOR AD PROSEQUENDUM FOR THE HEIRS AT LAW FOR DECEDENT PAUL O. BRASWELL, AND GENERAL ADMINISTRATOR OF THE ESTATE OF PAUL O. BRASWELL, INDIVIDUALLY, AND HORACE L. BRASWELL, INDIVIDUALLY, <br><br> Plaintiff(s), <br><br> vs. <br><br> ESSEX COUNTY SHERIFF'S DEPARTMENT, its employees, agents and/or servants, OFFICER JOSE YUNQUE, DETECTIVE OZIE RYALS, DETECTIVE GINO IZZO, SGT. CHRISTOPHER BOZIOS, JR., DETECTIVE E. SILVERIO, DETECTIVE Y. ELLIS, DETECTIVE A. HOLMES, OFFICER EMANUEL PEREIRA, DETECTIVE E. UDVARHELY, (JOHN DOE OFFICERS 1-20), (ABC GOVERNMENTAL ENTITIES 1-10), <br><br> Defendant(s). | Civil Action No.: 2:20-cv-15602-JMV-JAD <br><br><br> **SUBSTITUTION OF ATTORNEY** |

350743v1

The undersigned hereby consents to the substitution of Brian P. Trelease, Esq., of the law firm Rainone Coughlin Minchello, LLC, as counsel for Defendant, *Essex County Sheriff's Office* in the above-captioned matter.

| | |
|---|---|
| **RAINONE COUGHLIN MINCHELLO, LLC** | **RAINONE COUGHLIN MINCHELLO, LLC** |
| Brian P. Trelease, Esq.<br>Superseding<br>**Attorney ID: 021352009** | Edward P. Ruane, Esq.<br>Withdrawing Attorney<br>**Attorney ID: 030311980** |

350743v1