UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| TASKEEN ABDUL-AHAD, ADMINISTRATOR AD PROSEQUENDUM, FOR THE HEIRS AT LAW FOR DECEDENT PAUL O. BRASWELL AND GENERAL ADMINSTRATOR OF THE ESTATE OF PAUL O. BRASWELL, INDIVIDUALLY, AND HORACE L. BRASWELL INDIVIDUALLY,<br><br>Plaintiffs,<br><br>v.<br><br>ESSEX COUNTY SHERIFF'S DEPARTMENT, its employees, agents and/or servants, OFFICER JOSE YUNQUE, DETECTIVE OZIE RYALS, DETECTIVE GINO IZZO, SGT. CHRISTOPHER BOZIOS, JR. DETECTIVE E. SILVERIO, DETECTIVE Y. ELLIS, DETECTIVE A. HOLMES, OFFICER EMANUEL PEREIRA, DETECTIVE E. UDVARHELY, (JOHN DOE OFFICERS 1-20), (ABC GOVERNMENTAL ENTITIES 1-10),<br><br>Defendants. | Civil Action No.<br>2:20-cv-15602-JMV-JAD<br><br><br><br><br><br><br><br><br>NOTICE OF APPEARANCE |

The undersigned attorney hereby enters his appearance on behalf of Defendants, Det. Jose Yunque and Sgt. Emanuel Pereira, *improperly pleaded as Officer Jose Yunque and Officer Emanuel Pereira*, in the above-captioned matter. By way of this filing, Thomas Carter, Esq., is hereby appointed trial counsel for Defendants, Det. Jose Yunque and Sgt. Emanuel Pereira, *improperly pleaded as Officer Jose Yunque and Officer Emanuel Pereira* in this matter.

Dated: September 18, 2024

Respectfully submitted,

*/s/ Anthony Mack*
Anthony Mack, Esq.
Ehrlich, Petriello, Gudin, Plaza & Reed, P.C.
A Professional Corporation
60 Park Place, Suite 1016
Newark, NJ 07102
(973) 313-8920

**TO:** Raymond Hamlin, Esq.
Law Firm of Hunt, Hamlin & Ridley
60 Park Place, 16th Floor
Military Park Building
Newark, NJ 07102

NotAppNY(Braswell-EssexCty)ccACMTC