CHIESA SHAHINIAN & GIANTOMASI PC
105 Eisenhower Parkway
Roseland, NJ 07068
973.325.1500
Nicholas A. Grieco, Esq. (031971990)
Graham K. Staton, Esq. (217062017)
*Attorneys for Defendants Detective Ozie Ryals, Detective Gino Izzo, Sgt. Christopher Bozios, Jr., Detective Edgar Silverio, Detective Yusef Ellis, Detective Abdullah Holmes, and, Detective Erik Udvarhely*

| | |
|---|---|
| Taskeen Abdul-Ahad, Administratrix ad Prosequendum for the heirs at law for decedent Paul Braswell, and General Administratrix of the Estate of Paul Braswell, individually, and Horace L. Braswell,, | UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY DOCKET NO. 2:20-cv-15602 |
| Plaintiff, | Civil Action |
| vs. | **STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS RYALS, IZZO, BOZIOS, JR., SILVERIO, ELLIS, AND UDVARHELY** |
| County of Essex, Detective Jose Yunque, Detective Ozie Ryals, Detective Gino Izzo, Sgt. Christopher Bozios, Jr., Detective Edgar Silverio, Detective Yusef Ellis, Detective Abdullah Holmes, Sgt. Emanuel Pereira, Detective Erik Udvarhely, and JOHN DOE OFFICERS (1-20), | |
| Defendants. | |

## STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS RYALS, IZZO, BOZIOS, JR., SILVERIO, ELLIS, AND UDVARHELY

COME NOW Plaintiffs, TASKEEN ABDUL-AHAD, Administratrix ad Prosequendum

for the heirs at law for decedent Paul Braswell, and General Administratrix of the Estate of Paul

Braswell, individually, and HORACE L. BRASWELL, by and through their undersigned

counsel, and Defendants, DET. OZIE RYALS, DET. GINO IZZO, SGT. CHRISTOPHER

BOZIOS, JR., DET. EDGAR SILVERIO, DET. YUSEF ELLIS, DET. ABDULLAH HOLMES,

AND DET. ERIK UDVARHELY, by and through their undersigned counsel, and having been

4932-5431-8848.v1

consented to by all parties appearing in this action, jointly stipulate and agree pursuant to Rule 41(a) of the Federal Rules of Civil Procedure that this action, and each and every count and claim asserted therein, be dismissed with prejudice, each party to bear their own costs, expenses and fees.

Respectfully submitted this 17th day of January, 2025

HUNT, HAMLIN & RIDLEY
*Attorneys for Plaintiffs*

Dated: December __, 2024

By _____
RAYMOND L. HAMLIN

RAINONE COUGHLIN MINCHELLO
*Attorneys for Defendant, County of Essex*

Dated: December 19, 2024

By: _____
BRIAN P. TRELEASE

CHIESA SHAHINIAN & GIANTOMASI PC
*Attorneys for Defendants Detective Ozie Ryals, Detective Gino Izzo, Sgt. Christopher Bozios, Jr., Detective Edgar Silverio, Detective Yusef Ellis, Detective Abdullah Holmes, and, Detective Erik Udvarhely*

Dated: December 13, 2024

By _____
NICHOLAS A. GRIECO

2

4932-5431-8848.v1

EHRLICH, PETRIELLO, GUDIN, PLAZA &
REED, P.C.
*Attorneys for Defendants, Det. Jose Yunque and
Sgt. Emanuel Pereira*

Dated: December 19 2024

By _____

THOMAS CARTER

SO ORDERED,

_____

Hon. Esther Salas, U.S.D.J.
Date: 1/17/2025

3