CHIESA SHAHINIAN & GIANTOMASI PC
105 Eisenhower Parkway
Roseland, NJ 07068
973.325.1500
Nicholas A. Grieco, Esq. (031971990)
Graham K. Staton, Esq. (217602017)
*Attorneys for Defendants Detective Ozie Ryals, Detective Gino Izzo, Sgt. Christopher Bozios, Jr., Detective Edgar Silverio, Detective Yusef Ellis, Detective Abdullah Holmes, and, Detective Erik Udvarhely*

| | |
|---|---|
| Taskeen Abdul-Ahad, Administratrix ad Prosequendum for the heirs at law for decedent Paul Braswell, and General Administratrix of the Estate of Paul Braswell, individually, and Horace L. Braswell,,<br><br>Plaintiff,<br><br>vs.<br><br>County of Essex, Detective Jose Yunque, Detective Ozie Ryals, Detective Gino Izzo, Sgt. Christopher Bozios, Jr., Detective Edgar Silverio, Detective Yusef Ellis, Detective Abdullah Holmes, Sgt. Emanuel Pereira, Detective Erik Udvarhely, and JOHN DOE OFFICERS (1-20),<br><br>Defendants. | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br>DOCKET NO. 2:20-cv-15602<br><br>Civil Action<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT COUNTY OF ESSEX** |

## STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT COUNTY OF ESSEX

COME NOW Plaintiffs, TASKEEN ABDUL-AHAD, Administratrix ad Prosequendum for the heirs at law for decedent Paul Braswell, and General Administratrix of the Estate of Paul Braswell, individually, and HORACE L. BRASWELL, by and through their undersigned counsel, and Defendant, COUNTY OF ESSEX, by and through its undersigned counsel, and having been consented to by all parties appearing in this action, jointly stipulate and agree pursuant to Rule 41(a) of the Federal Rules of Civil Procedure that this action, and each and

4925-1421-4406.v1

every count and claim asserted therein, be dismissed with prejudice, each party to bear their own costs, expenses and fees.

Respectfully submitted this 17th day of January, 2025

Dated: December 18, 2024

By _____
RAYMOND L. HAMLIN

HUNT, HAMLIN & RIDLEY
*Attorneys for Plaintiffs*

RAINONE COUGHLIN MINCHELLO
*Attorneys for Defendant, County of Essex*

Dated: December 19, 2024

By: _____
BRIAN P. TRELEASE

CHIESA SHAHINIAN & GIANTOMASI PC
*Attorneys for Defendants Detective Ozie Ryals, Detective Gino Izzo, Sgt. Christopher Bozios, Jr., Detective Edgar Silverio, Detective Yusef Ellis, Detective Abdullah Holmes, and, Detective Erik Udvarhely*

Dated: December 13, 2024

By _Nicholas A. Grieco_____
NICHOLAS A. GRIECO

EHRLICH, PETRIELLO, GUDIN, PLAZA & REED, P.C.
*Attorneys for Defendants, Det. Jose Yunque and Sgt. Emanuel Pereira*

Dated: December 19, 2024      By: _____
                                  THOMAS CARTER

SO ORDERED,

_____
Hon. Esther Salas, U.S.D.J.
Date: 1/17/2025

3

4925-1421-4406.v1